UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA DILLON JAMIESON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HOVEN VISION, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:22-cv-00117-AHG<br><br>**ORDER GRANTING<br>JOINT MOTION TO DISMISS**<br><br>**[ECF No. 28]** |

　　Before the Court is the parties' Joint Motion for Voluntary Dismissal. ECF No. 28. Upon consideration of the joint motion, good cause appearing, the motion is **GRANTED** and this action and all related counterclaims are **DISMISSED WITH PREJUDICE** in their entirety, with each party bearing her or its own costs, expenses and attorney fees incurred in the prosecution or defense of their respective claims and defenses.

　　Pursuant to the parties' explicit grant of consent (*see* ECF No. 27 at 2–3), this Court shall retain jurisdiction over the settlement agreement between the parties, and any disputes arising out of the parties' settlement agreement shall be fully and finally resolved by Magistrate Judge Allison H. Goddard.

　　**IT IS SO ORDERED.**

Dated: July 10, 2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Honorable Allison H. Goddard
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge